IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELVIN AUSTIN,<br><br>   Plaintiff,<br><br> v.<br><br>INTERSTATE STEEL CO., an Illinois corporation, NATIONAL MATERIAL PROCESSING, L.L.C., an Illinois limited liability company, and NATIONAL MATERIAL L.P.,<br><br>   Defendants. | Case No. 1:21-cv-02385 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MELVIN AUSTIN ("Austin") and Defendants INTERSTATE STEEL CO. ("Interstate"), NATIONAL MATERIAL PROCESSING, L.L.C. ("NMP"), and NATIONAL MATERIAL L.P. ("NMLP") (collectively "the Parties"), by and through their respective attorneys, hereby stipulate that all claims alleged in the above entitled action are dismissed with prejudice, without an award of attorney's fees and/or costs to either party.

**DATED: May 25, 2022**　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　MELVIN AUSTIN


　　　　　　　　　　　　　　　　　　　　　　　By: s/ Mark D. Wetterquist
　　　　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Mark D. Wetterquist
Mark D. Wetterquist & Associates
20 N. Clark Street, Suite 3000
Chicago, IL  60602

83231222v.1

| | |
|---|---|
| **DATED: May 25, 2022** | Respectfully submitted, |
| | DEFENDANTS INTERSTATE STEEL CO., NATIONAL MATERIAL PROCESSING, L.L.C. and NATIONAL MATERIAL L.P. |
| | By: s/ Thomas Horan |
| |     One of Their Attorneys |

Mark Lies
mlies@seyfarth.com
Thomas Horan
thoran@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000